OPINION — AG — ** MASTER CONSERVANCY DISTRICT — ASSESSMENT OF PROPERTY ** A COUNTY TREASURER 'MAY' PROPERLY ASSESS PROPERTY IN A MASTER CONSERVANCY DISTRICT ORGANIZED UNDER THE PROVISIONS OF 82 O.S. 541 [82-541], WHERE SAID PROPERTY IS UNDER THE CONTROL OF THE COMMISSIONERS OF THE LAND OFFICE.(TAXES, SCHOOL LAND, COUNTY OFFICER) CITE: ARTICLE V, SECTION 46, ARTICLE V, SECTION 32, 82 O.S. 614 [82-614], ARTICLE X, SECTION 7, 82 O.S. 644 [82-644] (WILLAIM DON KISER)